UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

August 27, 2015

MEMO TO COUNSEL RE:  Brilliant Semenova v. MTA
Civil No. JFM-14-3413

Dear Counsel:

Plaintiff has filed this action for alleged disability discrimination by the Maryland Transit Administration. Defendant has filed a motion to dismiss on the ground that plaintiff's claims arose more than two years before the filing of this action. Defendant asserts the two year statute for all actions of discrimination under Maryland law. Plaintiff responds by asserting that on prior occasions the Fourth Circuit has ruled that a three year statute of limitations applies to discrimination claims brought in Maryland.

I agree with defendant. The Maryland General Assembly amended its civil rights statute in 2007 to create a private right of discrimination and established a two year limitations for the bringing of such actions. The Maryland anti-discrimination law does not expressly apply to disability claims related to public accommodations. Nevertheless, I am persuaded that the Fourth Circuit would find the two year limitations period to be the one that should be applied to plaintiff's claims. *See Society Without A Name v. Virginia*, 655 F.3d 342, 347 (4th Cir. 2011).

A separate order granting defendant's motion and dismissing this action is being entered herewith.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge