UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| BRILLIANT SEMENOVA | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| vs. | : | Case No. JFM-14-3413 |
| | : | |
| MARYLAND TRANSIT ADMINISTRATION | : | |
| | : | |
| | : | |
| Defendant | : | |

**DEFENDANT MTA'S ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT**

The Maryland Transit Administration, Defendant ("Defendant MTA"), by the undersigned counsel, Brian E. Frosh, Attorney General, through Kimberly M. Shearin, Assistant Attorney General, files this Answer and Defenses to the Plaintiff's Amended Complaint. In response to the separately numbered paragraphs of the Amended Complaint, the Defendant responds as follows:

**RESPONSE TO SPECIFIC FACTUAL AVERMENTS**

1. Plaintiff's description and enumeration of her cause of action contained in paragraph 1 do not require a response, but are denied.

2. The allegations of paragraph 2 are legal conclusions to which no response is necessary.

3. The allegations of paragraph 3 are legal conclusions to which no response is necessary. To the extent a response is required; the Defendant MTA denies the allegations in paragraph 3.

4. The Defendant MTA lacks knowledge or information sufficient to form a belief about the truth of the allegations included in line four of paragraph 4, and denies the remainder of the allegations in paragraph 4.

5. The Defendant MTA admits that it is a Maryland state agency under the "umbrella" of the Maryland Department of Transportation. The Defendant MTA admits that it provides bus service to locations in Baltimore City and Baltimore County, Maryland. The allegations of paragraph 5 are legal conclusions to which no response is necessary. To the extent a response is required, the allegations are denied.

6. The allegations of paragraph 6 are legal conclusions to which no response is necessary.

7. The allegations of paragraph 7 are legal conclusions to which no response is necessary.

8. The allegations of paragraph 8 are legal conclusions to which no response is necessary.

9. The allegations of paragraph 9 are legal conclusions to which no response is necessary.

10. The allegations of paragraph 10 are legal conclusions to which no response is necessary.

11. The allegations of paragraph 11 are legal conclusions to which no response is necessary. To the extent a response is required, the Defendant MTA denies the allegations in paragraph11.

12. The Defendant MTA lacks knowledge or information sufficient to form a belief about the truth of the allegations included in paragraph 12, thus the same are denied.

13. The Defendant MTA lacks knowledge or information sufficient to form a belief about the truth of the allegations included in paragraph 13, thus the same are denied.

14. The Defendant MTA lacks knowledge or information sufficient to form a belief about the truth of the allegations included in paragraph 14, thus the same are denied.

15. The Defendant MTA lacks knowledge or information sufficient to form a belief about the truth of the allegations included in paragraph 15, thus the same are denied.

16. The Amended Complaint does not contain a paragraph 16.

17. The Defendant MTA lacks knowledge or information sufficient to form a belief about the truth of the allegations included in paragraph 17, thus the same are denied.

18. The Defendant MTA admits that the Plaintiff filed a complaint with the Maryland Commission on Human Rights, and that mediation occurred; otherwise, MTA lacks knowledge or information sufficient to form a belief about the truth of the remainder of the allegations included in paragraph 18, thus the same are denied.

19. The Defendant MTA lacks knowledge or information sufficient to form a belief about the truth of the allegations included in paragraph 19, thus the same are denied.

20. The Defendant MTA lacks knowledge or information sufficient to form a belief about the truth of the allegations included in paragraph 20, thus the same are denied.

21. The Defendant MTA lacks knowledge or information sufficient to form a belief about the truth of the allegations included in paragraph 21, thus the same are denied.

22. The Defendant MTA lacks knowledge or information sufficient to form a belief about the truth of the allegations included in paragraph 22, thus the same are denied.

23. The Defendant MTA lacks knowledge or information sufficient to form a belief about the truth of the allegations included in paragraph 23, thus the same are denied.

24. The Defendant MTA denies Plaintiff's claims as set forth in paragraphs 24-27.

## II. DEFENSES, AFFIRMATIVE OR OTHERWISE

1. Defendant is immune from suit and the claims of Plaintiff brought pursuant to 42 U.S.C. § 1983.

2. The Plaintiff lacks standing to bring these claims.

3. All or a portion of Plaintiff's claims are barred by the applicable statute of limitations.

4. The Plaintiff's claims are barred by the doctrine of *estoppel by laches*.

5. The Amended Complaint fails to state a claim upon which relief may be granted.

6. The Court lacks subject matter jurisdiction over some or all of the Plaintiff's claims.

7. Plaintiff claims damages and other relief that is not legally available, or to which she is not legally entitled.

8. Plaintiff claims injunctive relief that is not available, or to which she is not entitled, as a matter of law.

9. The relief sought is barred, in whole or in part, by the doctrines of *res judicata*, estoppel, and/or multiple actions.

10. The relief sought is barred, in whole or in part, by the doctrines of waiver and release.

11. Plaintiff has failed to provide sufficient statutory notice of some of the claims in this action.

12. Defendant's actions were privileged.

WHEREFORE the Defendant respectfully requests this Court deny the relief sought by the Plaintiff.

Respectfully submitted,

MARYLAND OFFICE OF THE ATTORNEY GENERAL

_________/s/_____________
KIMBERLY M. SHEARIN
Fed. Bar # 14016
Assistant Attorney General
Attorney for Defendant

Office of the Attorney General
Maryland Transit Administration
6 St. Paul Street, 12th Floor
Baltimore, Maryland 21202
Telephone: (410) 767-4847
Facsimile: (410) 333-2584
E-mail: KShearin@mta.maryland.gov

## PROOF OF SERVICE

I HEREBY CERTIFY that the foregoing Answer to Amended Complaint was served upon Joel R. Zuckerman, Counsel for Plaintiff, by electronic mail, zuckerman@maxlaw.us, and through the Electronic Court Filing system on April 13, 2017.

________/s/________________
Kimberly M. Shearin
Attorney for Defendant